No. 93–1199. STONE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 6th Cir. [Certiorari granted, 511 U. S. 1105.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 93–1260. UNITED STATES *v.* LOPEZ. C. A. 5th Cir. [Certiorari granted, 511 U. S. 1029.] Motion of Coalition to Stop Gun Violence et al. for leave to file a brief as *amici curiae* out of time denied.

No. 93–1456. U. S. TERM LIMITS, INC., ET AL. *v.* THORNTON ET AL.; and

No. 93–1828. BRYANT, ATTORNEY GENERAL OF ARKANSAS *v.* HILL ET AL. Sup. Ct. Ark. [Certiorari granted, *ante,* p. 1218.] Motion of petitioners U. S. Term Limits, Inc., et al. for additional time for oral argument granted, and their motion for divided argument denied. Motion of the Attorney General of Arkansas for additional time for oral argument and for divided argument granted, and 15 additional minutes allotted for that purpose. Motion of respondents for additional time for oral argument granted, and their motion for divided argument denied. Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted, and an additional 15 minutes allotted for that purpose.

No. 93–1612. NATIONSBANK OF NORTH CAROLINA, N. A., ET AL. *v.* VARIABLE ANNUITY LIFE INSURANCE CO. ET AL.; and

No. 93–1613. LUDWIG, COMPTROLLER OF THE CURRENCY, ET AL. *v.* VARIABLE ANNUITY LIFE INSURANCE CO. ET AL. C. A. 5th Cir. [Certiorari granted, 511 U. S. 1141.] Motion of the Solicitor General for divided argument granted.

No. 93–1636. SWINT ET AL. *v.* CHAMBERS COUNTY COMMISSION ET AL. C. A. 11th Cir. [Certiorari granted, *ante,* p. 1204.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.